1  Vince M. Verde Calif. State Bar No. 202472
   vince.verde@ogletreedeakins.com
2  Allison C. Eckstrom, Calif. State Bar No. 217255
   allison.eckstrom@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   695 Town Center Drive, Suite 1500
4  Costa Mesa, CA  92626
   Telephone:  714-800-7900
5  Facsimile:   714-754-1298

6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION

7

8

9               **UNITED STATES DISTRICT COURT**

10        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

12  JEANINE THEROUX, an individual,       Case No. **'12 CV 0851 H       WVG**

13               Plaintiff,

14        vs.                             **DEFENDANT LOCKHEED
                                          MARTIN CORPORATION'S
15  LOCKHEED MARTIN                       NOTICE OF REMOVAL TO
    CORPORATION, an unknown business      UNITED STATES DISTRICT
16  entity, and DOES 1 through 25, inclusive,  COURT UNDER 28 U.S.C. § 1441(b)

17               Defendants.              *[Filed Concurrently Herewith:
                                          Declaration of Allison C. Eckstrom In
18                                        Support Of Removal; Declaration Of
                                          Elizabeth Jones In Support Of Removal;
19                                        Notice Of Related Cases; Disclosure
                                          Statement; Civil Case Cover Sheet]*

20                                        Action Filed:   February 28, 2012

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that Defendant Lockheed Martin Corporation ("Defendant"), through undersigned counsel, hereby removes the above-captioned action from the Superior Court of the State of California, County of San Diego, Central Division, to the United States District Court for the Southern District of California, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

     Defendant's Notice of Removal is based upon and supported by the following:

<u>**THE STATE COURT ACTION**</u>

     1.    On February 28, 2012, Plaintiff Jeanine Theroux ("Plaintiff") commenced an action in the Superior Court of the State of California in the County of San Diego, Central Division (the "Complaint"), entitled *Jeanine Theroux vs. Lockheed Martin Corporation, an unknown business entity, and Does 1 through 25, inclusive*, Case Number 37-2012-00092982-CU-WT-CTL. (*See* Declaration of Allison C. Eckstrom ("Eckstrom Decl."), ¶2, Ex. A. (Exhibit "A" will hereafter be referred to as the "Complaint").)

     2.    Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet on March 8, 2012. (Eckstrom Decl., ¶ 3.)

     3.    The Complaint asserts thirteen causes of action, including, *inter alia*, the following:  (1) claims for retaliation; (2) claims for wrongful termination in violation of public policy; (3) disability discrimination under California's Fair Employment and Housing Act ("FEHA"); (4) failure to accommodate under FEHA; (5) failure to engage in the interactive process under FEHA; and (6) intentional infliction of emotional distress. (Eckstrom Decl., Ex. A.)

<u>**REMOVAL IS PROPER BASED ON DIVERSITY OF CITIZENSHIP**</u>

     4.    The above-described action is a civil action of which this court has original jurisdiction under the provisions of United States Code, Title 28, Section 1332, and is one that may be removed to this Court by Defendant, pursuant to United

1

1   States Code, Title 28, Section 1441.

2       5.      This Court has original jurisdiction over this action under United States

3   Code, Title 28, Section 1332 because (a) the amount in controversy exceeds the sum

4   or value of $75,000, exclusive of interest and costs, and (b) the parties to this action

5   are citizens of different states.

6       **A.      Complete Diversity Exists.**

7       6.      For diversity purposes, a person is a "citizen" of the state in which he or

8   she is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir.

9   1983). A person's domicile is the place where they reside with the intention to

10  remain or to which they intend to return. *Kanter v. Warner–Lambert Co.*, 265 F.3d

11  853, 857 (9th Cir. 2001). As alleged in the Complaint, Plaintiff was and is a resident

12  of California, and is therefore a citizen of the State of California. (Complaint, ¶ 1.)

13      7.      Pursuant to United States Code, Title 28, Section 1332(c), "a

14  corporation shall be deemed to be a citizen of any State by which it has been

15  incorporated and of the State where it has its principal place of business."

16      8.      The Supreme Court has established the proper test for determining a

17  corporation's principal place of business for purposes of diversity jurisdiction. *Hertz*

18  *Corp. v. Friend*, 130 S. Ct. 1181 (2010). The Court held that the "'principal place of

19  business' [as contained in section 1332(c)] is best read as referring to the place

20  where a corporation's officers direct, control, and coordinate the corporation's

21  activities." *Id.* at p. 1184. The Court further clarified that the principal place of

22  business was the place where the corporation "maintains its headquarters - provided

23  that the headquarters is the actual center of direction, control and coordination." *Id.*

24      9.      Defendant is incorporated under the laws of the State of Maryland, with

25  its principal place of business in the State of Maryland. Defendant was not and is not

26  incorporated under the laws of the State of California, wherein this action was

27  brought. Defendant's principal place of business is located at 6801 Rockledge

28  Drive, Bethesda, MD 20817. Defendant's highest-level corporate officers,

including, but not limited to, the Chairman and Chief Executive Officer, Senior Vice President of Human Resources, President and Chief Operating Officer, and Executive Vice President-Chief Financial Officer are all located at Defendant's headquarters in Bethesda, Maryland, and these corporate officers direct, control, and coordinate the Company's activities from Maryland.  Accordingly, Defendant is a citizen of the State of Maryland and, therefore, is not a citizen of the State of California.

10.    "For purposes of removal . . . the citizenship of defendants sued under fictitious names shall be disregarded."  28 U.S.C. § 1441(a).  Inclusion of "Doe" defendants in a state court complaint has no effect on removability.  *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690 (9th Cir. 1998) (holding that in determining whether diversity of citizenship exists, only the named defendants are considered); *Salveson v. Western States Bankcard Ass'n.*, 731 F.2d 1423, 1429 (9th Cir. 1984) (holding that the rule in the Ninth Circuit is that non-served defendants are not required to join in a removal petition).  Therefore, Plaintiff's inclusion of DOES 1 through 25 in the Complaint cannot defeat diversity jurisdiction.

11.    Because Plaintiff is a citizen of California and Defendant is not a citizen of California, complete diversity exists between the parties.

**B.    The Amount In Controversy Exceeds An Aggregate Of $75,000.**

12.    This court has original jurisdiction over this case pursuant to United States Code, Title 28, Sections 1332(a) and 1441(a), on the basis that the amount in controversy exceeds the requisite $75,000 minimum, exclusive of interest and costs.

13.    In determining whether the jurisdictional minimum is met, the Court considers all recoverable damages, including compensatory damages, emotional distress damages, punitive damages, and attorney's fees.  *Hunt v. Washington State Apple Advertising Comm'n*, 432 U.S. 333, 347-48 (1977); *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).  Based on Plaintiff's allegations, the amount in controversy in the instant case is more likely than not to

3

1   exceed the sum or value of $75,000.

2         14.   In her Prayer for Relief, Plaintiff seeks damages for, among other

3 things, loss of wages, promotional opportunities, loss of employment benefits, and

4 front pay. (Complaint, Prayer for Relief.) Plaintiff alleges that she was terminated

5 on or about May 31, 2011, *see* Complaint, ¶ 20, and Defendant's records reflect that

6 Plaintiff's annual salary at the time of termination was approximately $64,408.00.

7 Declaration of Elizabeth Jones, ¶ 2. Thus, Plaintiff's request for compensatory

8 damages, alone, will likely exceed $75,000.[1]

9         15.   In addition to her request for compensatory damages, Plaintiff seeks an

10 award of punitive damages and attorneys' fees, which are properly considered in

11 determining the amount in controversy. *See Gibson v. Chrysler Corp.*, 261 F.3d

12 927, 945 (9th Cir. 2001) ("It is well established that punitive damages are part of the

13 amount in controversy in a civil action."); *Kroske v. U.S. Bank Corp.*, 432 F.3d 976,

14 980 (9th Cir. 2005) (noting that, when authorized by statute or contract, attorneys'

15 fee claims are properly considered in determining the amount in controversy).

16         16.   Finally, Plaintiff also seeks emotional distress damages, which are

17 properly considered in determining the amount in controversy for purposes of

18 removal. In fact, in cases such as the instant action, the amount in controversy may

19 be satisfied by the pleading of several different types of damages in the complaint,

20 even though the removing party does not estimate the exact dollar amount of such

21 damages. See *Simmons v. PCR Technology*, 209 F. Supp. 2d 1029, 1031-35 (N.D.

22 Cal. 2002) (finding that the plaintiff's alleged loss income of $25,600 at the time of

23 removal, included with unspecified amounts for medical expense damages,

24 emotional damages, punitive damages, and attorney's fees anticipated to incur

25 through trial, satisfied the amount in controversy required to establish diversity

26

27   [1] By estimating the amount Plaintiff may recover if she prevails, Defendant does not concede that Plaintiff will prevail

on any of her claims or that, if she prevails, she is entitled to damages in any particular amount or at all. Defendant

28   reserves the full right to dispute Plaintiff's claims with respect to both liability and damages.

1    jurisdiction); *White v. FCI USA, Inc.*, 319 F.3d 672, 674 (5th Cir. 2003) (a wrongful

2    termination claim that contains a prayer for a "lengthy list of compensatory and

3    punitive damages," including, loss of pay, impaired earning capacity, emotional

4    distress, etc. combined with a claim for attorney fees and punitive damages, was

5    sufficient to exceed the $75,000 minimum required to establish diversity

6    jurisdiction).

7          17.     Thus, based on the allegations in the Complaint, Defendant estimates

8    that the amount of back and front pay, emotional distress damages, punitive damages

9    and attorneys' fees sought by Plaintiff are well in excess of $75,000.

10                                  **Venue is Proper**

11          18.     In accordance with United States Code, Title 28, Section 1441(a), this

12    notice of removal is filed in the district court of the United States in which the action

13    is pending.  The Superior Court of California, County of San Diego is located within

14    the Southern District of California.  28 U.S.C. § 84(d).  Therefore, venue is proper in

15    this Court because it is the "district and division embracing the place where such

16    action is pending."  28 U.S.C. § 1441(a).

17            **Satisfaction of Requirements of 28 U.S.C. § 1446**

18          19.     In accordance with United States Code, Title 28, Section § 1446(a), this

19    notice of removal is accompanied by the Declaration of Allison C. Eckstrom and the

20    attached Exhibit A, which constitutes a copy of all processes, pleadings, and orders

21    served upon Defendant.

22          20.     As required by 28 U.S.C. §1446(b), the Notice of Removal was filed

23    within 30 days after Defendant was first served with a copy of the Summons and

24    Complaint.

25          21.     As required by 28 U.S.C. §1446(d), Defendant provided notice of this

26    removal to Plaintiff through her attorney of record.

27          22.     As required by 28 U.S.C. §1446(d), a copy of the original Notice of

28    Removal will be filed with the Superior Court of the State of California, for the

DEFENDANT LOCKHEED MARTIN CORPORATION'S NOTICE OF REMOVAL
TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)

1 │ County of San Diego.

2 │      23.    In the event this Court has a question regarding the propriety of this

3 │ Notice of Removal, Defendant requests that it issue an Order to Show Cause so that

4 │ it may have an opportunity to more fully brief the basis for this removal.

5 │      24.    For the foregoing reasons, Defendant hereby removes the above-entitled

6 │ action to this Court for all purposes, including trial.

7 │

8 │ DATED:  April 6, 2012             OGLETREE, DEAKINS, NASH,
                                   SMOAK & STEWART, P.C.

9 │

10 │

11 │                         By: VINCE M. VERDE
                              ALLISON C. ECKSTROM

12 │                               Attorneys for Defendant LOCKHEED
                              MARTIN CORPORATION

13 │ 12105708.1 (OGLETREE)

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

DEFENDANT LOCKHEED MARTIN CORPORATION'S NOTICE OF REMOVAL
TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)

1  Vince M. Verde Calif. State Bar No. 202472
   vince.verde@ogletreedeakins.com
2  Allison C. Eckstrom, Calif. State Bar No. 217255
   allison.eckstrom@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   695 Town Center Drive, Suite 1500
4  Costa Mesa, CA  92626
   Telephone:  714-800-7900
5  Facsimile:   714-754-1298

6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
7

8

9                   **UNITED STATES DISTRICT COURT**

10          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JEANINE THEROUX, an individual, | Case No. |
| Plaintiff, | |
| vs. | **DECLARATION OF ALLISON C. ECKSTROM IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |
| LOCKHEED MARTIN CORPORATION, an unknown business entity, and DOES 1 through 25, inclusive, | *[Filed Concurrently Herewith:  Notice Of Removal; Declaration Of Elizabeth Jones In Support Of Removal; Notice Of Related Cases; Disclosure Statement; Civil Case Cover Sheet]* |
| Defendants. | |
| | Action Filed:   February 28, 2012 |

## <u>DECLARATION OF ALLISON C. ECKSTROM</u>

I, Allison C. Eckstrom, hereby declare and state as follows:

1.     I am an attorney at law duly licensed and admitted to practice in the United States District Court for the Central District of California.  I am an Of Counsel with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Defendant Lockheed Martin Corporation ("Defendant") in this action.  I am sufficiently familiar with the facts and circumstances relating to the above-captioned action and, if called to testify, I could and would competently do so under oath.

2.     On February 28, 2012, an action was commenced against Defendant in the Superior Court of California, County of San Diego, entitled *Jeanine Theroux vs. Lockheed Martin Corporation, an unknown business entity, and Does 1 through 25, inclusive*, Case Number 37-2012-00092982-CU-WT-CTL.  A true and correct copy of the Notice of Service of Process and Complaint served on Defendant is attached hereto as "**Exhibit A**."

3.     Plaintiff served a copy of the Summons and Complaint on Defendant's agent for service of process on March 8, 2012.

4.     Plaintiff's Complaint constitutes a copy of all process, pleadings, and orders served upon or filed by Defendant in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 6, 2012, at Costa Mesa, California.

_____
Allison C. Eckstrom

12136244.1 (OGLETREE)

DECLARATION OF ALLISON C. ECKSTROM IN SUPPORT OF NOTICE OF REMOVAL

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JEANINE THEROUX, an individual | LOCKHEED MARTIN CORPORATION, an unknown business entity, and DOES 1 through 25, Inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Joshua D. Gruenberg, Esq.   Corey P. Hanrahan, Esq.<br>Law Offices of Joshua D. Gruenberg<br>2169 First Ave., San Diego, CA 92101   (619) 230-1234 | Attorneys (If Known)<br>Vince M. Verde, Esq.   Allison C. Eckstrom, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>695 Town Center Drive, Suite 1500<br>Costa Mesa, CA 92626   (714) 800-7900 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No          ☐ **MONEY DEMANDED IN COMPLAINT: $_____**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Retaliation, Wrongful Termination, Disability Discrimination, Failure to Accommodate, Failure to Engage in Interactive Process, Inten. Inflic. of Emotional Distress

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maryland |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date April 6, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

℞JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jeanine Theroux | Lochheed Martin Corp. |

| **(b)** County of Residence of First Listed Plaintiff _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |
|---|---|
| **(c)** Attorney's (Firm Name, Address, and Telephone Number)<br>Joshua Greenberg<br>2169 First Ave<br>San Diego, CA 92101<br>(619)230-1234 | Attorneys (If Known)<br>Vince M. Verde<br>695 Town Center Dr. Ste. 1500<br>Costa Mesa, CA 92626<br>(714) 800-7900    '12CV0851 H    WVG |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

❏ 1 U.S. Government Plaintiff

❏ 3 Federal Question (U.S. Government Not a Party)

❏ 2 U.S. Government Defendant

x 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | x 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | x 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>x 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury | **PERSONAL INJURY**<br>❏ 362 Personal Injury - Med. Malpractice<br>❏ 365 Personal Injury - Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 610 Agriculture<br>❏ 620 Other Food & Drug<br>❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 630 Liquor Laws<br>❏ 640 R.R. & Truck<br>❏ 650 Airline Regs.<br>❏ 660 Occupational Safety/Health<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 810 Selective Service<br>❏ 850 Securities/Commodities/Exchange<br>❏ 875 Customer Challenge 12 USC 3410<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 892 Economic Stabilization Act |
| | | | **PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark | | |
| | | | **LABOR**<br>❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Mgmt. Relations<br>❏ 730 Labor/Mgmt.Reporting & Disclosure Act<br>❏ 740 Railway Labor Act | **SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g)) | |
| **REAL PROPERTY**<br>❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | **CIVIL RIGHTS**<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 444 Welfare<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 440 Other Civil Rights | **PRISONER PETITIONS**<br>❏ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>❏ 530 General<br>❏ 535 Death Penalty<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition | ❏ 790 Other Labor Litigation<br>❏ 791 Empl. Ret. Inc. Security Act<br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 463 Habeas Corpus - Alien Detainee<br>❏ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 893 Environmental Matters<br>❏ 894 Energy Allocation Act<br>❏ 895 Freedom of Information Act<br>❏ 900Appeal of Fee Determination Under Equal Access to Justice<br>❏ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

❏ 1 Original Proceeding   x 2 Removed from State Court   ❏ 3 Remanded from Appellate Court   ❏ 4 Reinstated or Reopened   ❏ 5 Transferred from another district (specify)   ❏ 6 Multidistrict Litigation   ❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28:1332**
Brief description of cause:
**Removal - Employment/P.I.**

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND:   x Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE    SIGNATURE OF ATTORNEY OF RECORD

4/06/12    SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____